**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

MAHMOAD ABDAH, et al.,

                Petitioners,

       v.

BARACK H. OBAMA, et al.,

                Respondents.

Civil Action 04-01254  (HHK)

---

**ORDER**

Before the Court are the parties' Motions for Judgment on the Record in the case of Petitioner Yasein Khasem Mohammad Esmail (ISN 522) [##768, 769].  Upon consideration of the record of this case, the Court concludes that the motions shall be denied.  A merits hearing will go forward on March 9, 2010 at 10:00am.

Accordingly, it is this 7th day of March, 2010 hereby

**ORDERED** that the Motions for Judgment on the Record are **DENIED**.


                                       Henry H. Kennedy, Jr.
                                       United States District Judge